UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Heather Hamilton,    Case No. 3:23-cv-2143

    Plaintiff,

v.    ORDER AND
JUDGEMENT ENTRY

Commissioner of Social Security,

    Defendant.

On June 3, 2024, United States Magistrate Judge Carmen E. Henderson issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's application for Disability Insurance Benefits. (Doc. No. 13). In the R & R, she notified the parties that, "Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530-31 (6th Cir. 2019)." (*Id.* at 15).

More than fourteen days passed, and no party filed any objection to the R & R. I consider their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Henderson's R & R in its entirety as the final Order of this Court. The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge